UNITED STATES of America,
Plaintiff–Appellee,

v.

Luis QUILES, Defendant–Appellant.

No. 10–11491
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

May 25, 2011.

David Paul Rhodes, Kelley Clement Howard–Allen, Assistant U.S. Attorney, Robert E. O'Neill, Yvette Rhodes, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Kimberly Nolen Hopkins, Attorney at Law, Tampa, FL, for Defendant–Appellant.

Luis Quiles, Oakdale, LA, pro se.

Before EDMONDSON, CARNES and PRYOR, Circuit Judges.

PER CURIAM:

Kimberly Nolen Hopkins, appointed counsel for Luis Quiles in this direct criminal appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's

motion to withdraw is **GRANTED,** and Quiles's conviction and sentence are **AFFIRMED.**